REPRESENTATION OF PRINTED DOCUMENT



**Nationstar MORTGAGE**

350 Highland Drive
Lewisville, TX 75067

February 14, 2014

**You may be able to make your payments more affordable!
Call (877) 782-7612 EXT. 9566743 for Immediate Assistance.**

1-692-86773-0000111-001-01-000-000-000-000

ROBERT SANCHEZ
355 W 49TH ST
HIALEAH FL 33012

Loan #: 0615847480
Case #: 1328455, MIGUEL OLIVER
Property Address: 11420 SW 143 CT
MIAMI FL 33186

Dear ROBERT SANCHEZ:

If you have been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt.

**Congratulations!** You are approved to enter into a trial plan under the FNMA Apollo Trial Period Program. This is the first step in the process toward qualifying for a permanent loan payment modification. Please read this letter so that you understand all the steps you need to take to modify your mortgage payments.

**What you need to do...**

To accept this offer, you must make the new monthly "trial payment amount" in place of your normal monthly mortgage payment. Send your new monthly trial period payment amount-instead of your normal monthly mortgage payment-as follows:

**Trial Period Plan**
1st payment: 1516.19   by 3/1/2014
2nd payment: 1516.19   by 4/1/2014
3rd payment: 1516.19   by 5/1/2014

After all trial payments are timely made and you have submitted all the required documents, your mortgage would then be reviewed to be permanently modified. (Your existing loan and loan requirements remain in full force and effect and unchanged during the trial period.) If each trial payment is not received by Nationstar Mortgage LLC in the month in which it is due, this offer will be terminated and your loan will not be modified under the FNMA Apollo Trial Period program.

If you have any questions or if you cannot afford the trial period payments shown above but want to remain in your home, or if you have decided to leave your home but still want to avoid foreclosure, your Dedicated Loan Specialist is Korbin Maxwell and can be reached at (877) 782-7612 EXT. 9566743 or via mail at the above listed mailing address, Monday through Thursday, between 8:00 a.m. and 8:00 p.m. (CST), and Friday, between 8:00 a.m. and 5:00 p.m. (CST). The "Frequently Asked Questions" document will also provide you with valuable information.

Sincerely,

Nationstar Mortgage LLC
www.MyNationstarMtg.com

Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in a bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged but is provided for informational purposes only.

Attachments: (1) Frequently Asked Questions; Additional Trial Period Plan Information and Legal Notices;

TDOCB

## FREQUENTLY ASKED QUESTIONS
Get the answers you need to some of the most common questions.

**Q. What else should I know about this offer?**

If you make your new payments timely and submit the paperwork by the deadline, we will not conduct a foreclosure sale.

- You will not be charged any fees for this Trial Period Plan or final modification.
- If your loan is modified, we will waive all unpaid late charges.
- Your credit score may be affected by accepting a trial period plan or modification. For more information about your credit score, go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.
- You may be required to attend credit counseling.

**Q. Why is there a trial period?**

The trial period offers you immediate payment relief (and could prevent a foreclosure sale) while we process your paperwork to determine if you qualify for a permanent loan modification. It also gives you time to make sure you can manage the lower monthly mortgage payment. Note: This is only a temporary Trial Period Plan. Your existing loan and loan requirements remain in effect and unchanged during the trial period.

**Q. When will I know if my loan can be modified permanently and how will the modified loan balance be determined?**

Once we confirm you are eligible for a FNMA Apollo Trial Period and you make all of your trial period payments on time, we will send you a modification agreement detailing the terms of the modified loan. Any difference between the amount of the trial period payments and your regular mortgage payments will be added to the balance of your loan along with any other past due amounts as permitted by your loan documents. While this will increase the total amount that you owe, it should not significantly change the amount of your modified mortgage payment.

## Additional Trial Period Plan Information and Legal Notices

**We will not proceed to foreclosure sale during the trial period, provided you are complying with the terms of the trial period plan, except as detailed below:**

During the trial period, any pending foreclosure action or proceeding will not be dismissed and may be immediately resumed if you fail to comply with the terms of the trial period plan or do not qualify for a modification. A new notice of default, notice of intent to accelerate, notice of acceleration, or similar notice will not be necessary to continue the foreclosure action (foreclosure notices). You waive any and all rights to receive such foreclosure notices to the extent permitted by applicable law. However, if your property is located in Georgia, Hawaii, Missouri, or Virginia and a foreclosure sale is currently scheduled, the foreclosure sale will not be suspended and foreclosure may proceed if you do not make each and every trial period payment that is due through the end of the month preceding the month in which the foreclosure sale is scheduled to occur. For example, if a foreclosure sale is scheduled in February and you do not make your January and any earlier required trial period payment by the end of January, the foreclosure sale may proceed in these four states. If a foreclosure sale occurs pursuant to this provision, the trial period plan will be deemed to have terminated.

During the trial period, we may accept and post your trial period payments to your account and it will not affect foreclosure proceedings that have already been started.

The servicer's acceptance and posting of your new payment during the trial period will not be deemed a waiver of the acceleration of your loan or foreclosure action and related activities, and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan.

If your monthly payment did not include escrows for taxes and insurance, you are now required to do so: You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You agree to establish an escrow account and to pay required escrows into that account.

Your current loan documents remain in effect; however, you may make the trial period payment instead of the payment required under your loan documents:

You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the trial period plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

What happens if I make my trial payments but am not approved or do not qualify for the loan modification? If you are not approved or do not qualify for the loan modification, there may be other workout alternatives available to you in order to avoid foreclosure.

REPRESENTATION OF PRINTED DOCUMENT

CC: MIGUEL OLIVER
    MAGALY MARTINEZ
    11420 SW 143RD CT
    MIAMI FL 33186-7025