UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    Magaly Martinez             Case No. 13-28455-AJC

    Debtor                 Chapter 13

_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through her undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On August 2, 2013 the instant case was filed.

2. On October 25, 2013 debtor's First Amended Chapter 13 plan was confirmed.

3. Debtor participated in the LMM program and was offered a final modification payment.

4. Debtor desires to modify her plan in order to provide for the new payment to the secured creditor, NationStar Mortgage, LLC.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's Second Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 8th day of July, 2014: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161