

**ORDERED in the Southern District of Florida on August 19, 2016.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re:    Magaly Martinez                    CASE NO. 13-28455-AJC

Debtor/


**ORDER GRANTING MOTION TO APPROVE FINAL LOSS MITIGATION
AGREEMENT WITH NATIONSTAR MORTGAGE, LLC**


This matter came before the Court:

☒    On the Debtor's Ex Parte Motion to Approve FINAL Loss Mitigation Agreement with NationStar Mortgage, LLC ("Lender").

☐    For hearing on _____ upon Self-Represented Debtor's Motion to Approve Loss Mitigation Agreement with Lender.

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve the FINAL Loss Mitigation Agreement is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. The Debtor shall amend/modify the last filed chapter 13 plan on or before September 20, 2016 to provide for the payment.

4. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Debtor [or Debtor's attorney] shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).