UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                                          Case No. 13-28455-BKC-AJC

MAGALY MARTINEZ;

                                                          Chapter 7

       Debtor.                          /

**TRUSTEE'S OBJECTION TO THE DEBTOR'S CLAIMED
EXEMPTIONS AND MOTION FOR TURNOVER**

      JACQUELINE CALDERIN, Chapter 7 Trustee, (the "Trustee") respectfully moves this Court, pursuant to Rules 4003 and 9006(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §,§ 521, 522, 541, and 542, and files this *Objection to Debtor's Claimed Exemptions and Motion for Turnover* (the "Objection") for the personal property claimed exempt by the Debtor, and in support thereof, states as follows:

      1.      This matter was initiated by the Magaly Martinez (the "Debtor") with the filing of a Voluntary Petition for relief under Chapter 13 of the Bankruptcy Code in this Court [ECF #1].

      2.      On October 11, 2016 the court entered an Order Upon Conversion of Case Under Chapter 13 to Case Under Chapter 7 by the Debtor [ECF #69].

      3.      The § 341 Meeting of Creditors was held and concluded on November 89, 2016 [ECF #80].

      4.      Schedule A/B of Debtor's bankruptcy petition [ECF #77] reflects personal property listed with an aggregate value that exceeds allowed exemptions under Florida law.

      5.      Pursuant to Florida Law, the Debtor is entitled to exempt property with a value of up to $1,000.00 plus $1,000 for a motor vehicle if the Debtor is claiming a homestead exemption.  If the

Debtor is not claiming a homestead exemption, then the Debtor may claim an additional $4,000 of exemptions in personal property.

6. The Debtor has claimed her home exempt.

7. Therefore, the Trustee objects to the Debtor's claimed exemptions and turnover of the non-exempt value of the following property listed on Schedule A/B.

**WHEREFORE,** the Trustee respectfully requests an Order: (a) sustaining the Trustee's objection to the Debtor's claimed exemptions; (b) directing the Debtor to turnover property that exceeds the amount of the allowed exemptions; and (c) granting such other relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and via U.S. Mail to the parties listed on the Service List below on December 8, 2016.

/s/ Jacqueline Calderin
**JACQUELINE CALDERIN**
*Chapter 7 Trustee*
247 SW 8th Street, #880
Miami, Florida 33130
T 786.369.8440
F 786.369.8523
calderintrustee@gmail.com

**Via U.S. Mail**:
Magaly Martinez
11420 SW 143rd Court
Miami, FL 33186-7025