

**ORDERED in the Southern District of Florida on January 3, 2017.**

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

MAGALY MARTINEZ;

        Debtor.  /

Case No. 13-28455-BKC-AJC

Chapter 7

### AGREED ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS AND MOTION FOR TURNOVER [ECF # 83]

*(Cancels Hearing Scheduled for January 4, 2016 at 10:00 AM [ECF #85])*

**THIS MATTER** came before the Court upon the *Trustee's Objection to Debtor's Claim of Exemptions and Motion for Turnover* (the "Objection") [ECF # 84] filed by Jacqueline Calderin, Trustee (the "Trustee") of the bankruptcy estate of Magaly Martinez (the "Debtor"). The Court, having reviewed the Objection and being advised that the parties agree to the relief Ordered herein, and finding that the relief sought in the Objection is in the best interest of the

estate and good cause exists for the relief provided herein. Accordingly, the Court does **ORDER** as follows:

1. The Objection is **SUSTAINED,** to the extent that the actual Petition Date fair market value of said property causes the Debtor to exceed the available exemptions under Florida Law.

2. The Debtor shall turnover in the form of a money order or a cashier's check made payable to "Jacqueline Calderin, Trustee, for the benefit of the Estate", either by (a) a lump sum payment of $2,350.00 by February 15, 2017; or (b) an initial payment of $600.00 due on or before February 15, 2017, followed by ten monthly payments of $245.00 beginning on or before March 15, 2017, in full resolution of all over exempt issues with the Trustee.

3. In the event that the Debtor defaults under the terms of this Order, the Trustee shall be entitled to a revocation of Debtor's discharge by Motion pursuant to Rule 9024 Fed.R.Bank.P., and Debtor waives his requirement of an adversary proceeding.

4. The Court reserves jurisdiction to enforce the terms of this Order.

5. **The terms and provisions of this Order are agreed to in substance in form by:**

_____
Jose Blanco, Counsel for the Debtor

###

Submitted by:
**JACQUELINE CALDERIN**
*Chapter 7 Trustee*
247 SW 8th Street, #880
Miami, Florida 33130
T 786.369.8440
F 786.369.8523
calderintrustee@gmail.com

Copy furnished to: Jacqueline Calderin, Chapter 7 Trustee, who shall serve a copy of this order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

2